BRIAN BOYNTON
Acting Assistant Attorney General, Civil Division
TRACY WILKISON
Acting United States Attorney
DAVID M. HARRIS
Chief, Civil Division
DAVID K. BARRETT
Chief, Civil Fraud Section
ABRAHAM C. MELTZER
Deputy Chief, Civil Fraud Section
JOHN E. LEE
Assistant United States Attorneys
California State Bar No. 128696
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-3995
    Fax: (213) 894-7819
    Email: john.lee2@usdoj.gov
JAMIE YAVELBERG
ANDY J. MAO
AMY L. LIKOFF
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 305-3173
    Facsimile: (202) 514-7361
    E-mail: amy.l.likoff@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL],<br><br>    Plaintiff[s],<br><br>    v.<br><br>[UNDER SEAL],<br><br>    Defendant[s]. | No. CV 14-4133 RSWL (CWx)<br><br>UNITED STATES' NOTICE OF [UNDER SEAL]<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]<br><br>[FILED/LODGED CONCURRENTLY: STIPULATION; [PROPOSED] ORDER] |

BRIAN BOYNTON
Acting Assistant Attorney General, Civil Division
TRACY WILKISON
Acting United States Attorney
DAVID M. HARRIS
Chief, Civil Division
DAVID K. BARRETT
Chief, Civil Fraud Section
ABRAHAM C. MELTZER
Deputy Chief, Civil Fraud Section
JOHN E. LEE
Assistant United States Attorneys
California State Bar No. 128696
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-3995
    Fax: (213) 894-7819
    Email: john.lee2@usdoj.gov
JAMIE YAVELBERG
ANDY J. MAO
AMY L. LIKOFF
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 305-3173
    Facsimile: (202) 514-7361
    E-mail: amy.l.likoff@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KEITH PENNETTI,<br><br>    Plaintiffs,<br><br>    v.<br><br>INTERFACE REHAB INC.; LONGWOOD ENTERPRISES, INC.; LONGWOOD MANAGEMENT CORP.; and JOHN WAGNER,<br><br>    Defendants. | No. CV 14-4133 RSWL (CWx)<br><br>UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND DECLINE TO INTERVENE IN PART<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED/LODGED CONCURRENTLY: STIPULATION; [PROPOSED] ORDER] |

# UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND DECLINE TO INTERVENE IN PART

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(A), the United States of America ("United States") hereby notifies the Court of its election to intervene in part and decline to intervene in part in this action. The United States, Relator Keith Pennetti ("Relator"), and Defendant Interface Rehab Inc. ("Interface"), have reached a settlement agreement to resolve claims against Interface. In light of this agreement, the United States hereby intervenes in this action with respect to civil claims against Interface predicated on the following factual allegations ("the Covered Conduct"): causing the submission of false and fraudulent claims to Medicare for medically unreasonable and unnecessary Ultra High Resource Utilization Group levels of rehabilitation therapy provided to Medicare Part A residents from January 1, 2006 through October 10, 2014 at 11 skilled nursing facilities as identified in the parties' settlement agreement. The United States declines to intervene in this action as to all other allegations against Interface apart from those based on the Covered Conduct.

On April 6, 2020, pursuant to a settlement with the Longwood Defendants, the Court filed an Order Dismissing Claims Against Longwood Defendants.

The United States at this time declines to intervene as to all other claims and all other defendants in this action.

Pursuant to and consistent with the terms of the Settlement Agreement dated June 16, 2021 amongst the United States, the Relator, and Interface, the parties will submit a Joint Stipulation of Dismissal of this action, along with a proposed Partial Unsealing Order for the Court's approval.

| | |
|---|---|
| Dated: June 17, 2021 | Respectfully submitted, |
| | BRIAN BOYNTON<br>Acting Assistant Attorney General, Civil Division<br>TRACY WILKISON<br>Acting United States Attorney<br>DAVID M. HARRIS<br>Chief, Civil Division<br>DAVID K. BARRETT<br>Chief, Civil Fraud Section<br>ABRAHAM C. MELTZER<br>Deputy Chief, Civil Fraud Section<br>Assistant United States Attorneys |
| | JAMIE YAVELBERG<br>ANDY J. MAO<br>AMY L. LIKOFF<br>Attorneys, Civil Division<br>United States Department of Justice |
| | /s/ John E. Lee<br>JOHN E. LEE<br>Assistant United States Attorney |
| | Attorneys for the United States of America |

PROOF OF SERVICE BY ELECTRONIC MAIL

I am over the age of 18 and not a party to the above-captioned actions. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, CA 90012.

On June 17, 2021, I served the foregoing UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND DECLINE TO INTERVENE IN PART on each person or entity named below by e-mail, pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E).

Date of e-mailing: June 17, 2021. Place of e-mailing: Los Angeles, CA.

Person(s) and/or Entity(s) to whom e-mailed:

R. Scott Oswald
SOswald@employmentlawgroup.com
Janel Quinn
Jquinn@employmentlawgroup.com
The Employment Law Group, P.C.
888 17th Street NW, Suite 900
Washington, DC 20006

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 17, 2021, at Los Angeles, California.

JOHN E. LEE